(July 27, 1987)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES SMITH, Petitioner, v EUGENE LeFEVRE, as Superintendent of Clinton Correctional Facility, Respondent.—Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied (see, People ex rel. Davis v Coombe, 97 AD2d 667). Main, J. P., Casey, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.